Dear, Sike

10-1st-15
32,598·05

My name is jesse Droney 443376. According to my 1987 conviction record is needed for case 486-778 (C) of Texas harris county Texas houston division Judgment and other Tansfript to all record as needed by my Inability to not to pay am Indigent cord records should it free of charged.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 23 2015

Abel Acosta, Clerk

Roberson Unit
1907 F.M 3522
Abilene, Texas
79601
Jesse Droney 443376